**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
FRANCES O'MEARA, ESQ.  (SBN 140600)
*fomeara@kdvglaw.com*
JOEL T. SHACKELFORD, ESQ. (SBN 260987)
*jshackelford@kdvglaw.com*
11755 Wilshire Boulevard, Suite 2400
Los Angeles, California 90025
Telephone:  (310) 775-6511
Facsimile: (310) 575-9720

Attorneys for Defendant and Counterclaimant,
EMPIRE STEEL & METALS CORP.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| CUSTOM ALLOY LIGHT METALS, INC., a California corporation,<br><br>            Plaintiff,<br>vs.<br><br>EMPIRE STEEL & METALS CORP., a New York corporation,<br><br>            Defendant. | CASE NO. 2:11-cv-8898-JEM<br>[Assigned to Hon. John E. McDermott, Courtroom C/8th Floor]<br><br>**[PROPOSED] PROTECTIVE ORDER REGARDING STIPULATION TO ENTRY OF PROTECTIVE ORDER**<br><br>Complaint Filed:   October 27, 2011<br>Trial Date:              July 30, 2012 |
| EMPIRE STEEL & METALS CORP., a New York corporation,<br><br>            Counterclaimant,<br>vs.<br><br>CUSTOM ALLOY LIGHT METALS, INC., a California corporation,<br><br>            Counter-Defendant. | |

1

**[PROPOSED] PROTECTIVE ORDER REGARDING STIPULATION TO ENTRY OF PROTECTIVE ORDER**

## [PROPOSED] ORDER

Good cause shown, it is **ORDERED** that the Stipulated Protective Order entered into by and between the parties in this matter, through their respective counsels of record, is given full meaning and effect by this Court.

**SO ORDERED.**

DATED: January 25, 2012     By: _____
JUDGE OF THE DISTRICT COURT

4835-3684-1486, v. 1