1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CUSTOM ALLOY LIGHT METALS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>EMPIRE STEEL & METALS CORP., a New York corporation,<br><br>    Defendant.<br>_____<br>EMPIRE STEEL & METALS CORP., a New York corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>CUSTOM ALLOY LIGHT METALS, INC., a California corporation,<br><br>    Counter-Defendant. | Case No. 2:11-cv-08898-JEM<br><br>[*Assigned to Hon. John E. McDermott, Courtroom C/8th Floor*]<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: October 27, 2011<br>Trial Date: July 30, 2012 |

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

14294017V.1

1  Based upon the Stipulation for Dismissal of Action with Prejudice submitted
2  by the parties to the above-caption action, and for good cause shown, it is hereby
3  ORDERED that this action is dismissed in its entirety, including the complaint and
4  the counterclaim, with prejudice pursuant to F.R.C.P. 41(a)(2) and 41(c), with each
5  party to bear its own fees and costs in connection with this action.

6  IT IS SO ORDERED.

Dated: March 20, 2012

*/s/John E. McDermott*
Honorable John E. McDermott
United States Magistrate Judge